UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GAETAN PELLETIER,<br><br>Plaintiff,<br>v.<br><br>WILLIAM V. RODRIGUEZ; JUDY A. RODRIGUEZ; WILLIAM V. RODRIGUEZ, TRUSTEE; WILLIAM V. RODRIGUEZ REOVCABLE LIVING TRUST (a Nevada Trust dated November 7, 1991); JAMES W. MIDDAGH; MORTENSEN PARTNERS, LIMITED PARTNERSHIP; ROBERTS J. WINES; AND JOHN DOE(S) PARTNERS IN MORTENSEN PARTNERSHIP; JOHN DOE(S) BENEFICIARIES OF THE RODRIGUEZ REVOCABLE TRUST BENEFICIARIES IN JANUARY 2015 AND NOW,<br><br>Defendants. | Case No. 3:17-cv-00642-MMD-VPC<br><br>ORDER |

Before the Court is Defendants' Motion to Reconsider (ECF No. 53) the Court's prior order (ECF No. 50) granting demands for security of costs as to certain Defendants: William V. Rodriguez, individually, James W. Middaugh, Mortensen Partners, and Robert J. Wines. Defendants contend that the Court erred in failing to grant demands for security of costs as to Defendants Judy A. Rodriguez, individually; William V. Rodriguez and Judy A. Rodriguez as Trustees of the William V. Rodriguez Revocable Living Trust; and the William V. Rodriguez Revocable Living Trust ("Additional Rodriguez Defendants"). (ECF No. 53 at 5.)

The Court granted the demand as to Defendant William V. Rodriguez (individually) based on his joinder (ECF No. 31) to Defendant Wines' Amended Motion for Demand of Security of Costs (ECF No. 25). The joinder lists only Defendant William V. Rodriguez as the movant. (*See* ECF No. 31 at 1 ("Defendant William V. Rodriguez's Joinder"); *id.* at 2 ("COMES NOW, Defendant WILLIAM V. RODRIGUEZ ('Rodriguez'), by and through his counsel of record . . . hereby submits his Joinder . . . ."); *see also* ECF No. 50 at 2 n.1 ("The Court construes the joinder as limited to Defendant William V. Rodriguez even though the docket entry lists additional defendants because Defendant William V. Rodriguez is the only defendant identified in the actual filing.").) As such, a demand for security of costs by the Additional Rodriguez Defendants was not properly before the Court. Nevertheless, the Court construes Defendants' Motion to Reconsider as errata to their joinder and grants the Motion to Reconsider.

It is therefore ordered that Plaintiff either post a bond for security costs or deposit lawful money for security costs in the amount of $500 for the Additional Rodriguez Defendants, totaling $2,000, to the Clerk's Office within thirty (30) days. This case will be stayed pending Plaintiff's compliance with this security requirement.

DATED THIS 22nd day of January 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE