UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GAETAN PELLETIER,<br><br>Plaintiff,<br>v.<br>WILLIAM V. RODRIGUEZ, *et al.*,<br>Defendants. | Case No. 3:17-cv-00642-MMD-VPC<br><br>ORDER |

Before the Court are the parties' Stipulation and Order Re: Settlement Conference ("Stipulation") (ECF No. 55) and Joint Request for Setting of Settlement Conference ("Joint Request") (ECF No. 58). The Court previously stayed this action pending Plaintiff's compliance with the security requirement of NRS § 18.130(1). (ECF No. 56.) The stay will remain in effect, except that the parties may participate in a settlement conference given their agreement to engage in settlement discussions even though Plaintiff has not yet posted security of costs as described in the Court's prior Order (ECF No. 56).

It is therefore ordered that the parties' Joint Request (ECF No. 58) is granted.

It is further ordered that the parties' Stipulation (ECF No. 55) is denied as moot.

DATED THIS 11th day of April 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE