WAYNE A. SHAFFER (SBN 1519)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Tel: 775-322-1170
Fax: 775-322-1865
wshaffer@laxalt-nomura.com
Attorneys for Defendant
ROBERT J. WINES

✓ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 24 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GAETAN PELLETIER, PRO SE,

Plaintiff,

vs.

WILLIAM V. RODRIGUEZ; JUDY A. RODRIGUEZ; WILLIAM V. RODRIGUEZ, TRUSTEE; JUDY A. RODRIGUEZ, TRUSTEE; WILLIAM V. RODRIGUEZ REVOCABLE LIVING TRUST (a Nevada Trust dated November 7, 1991); JAMES W. MIDDAGH; MORTENSEN PARTNERS, LIMITED PARTNERSHIP; ROBERT J. WINES AND JOHN DOE(S) PARTNERS IN MORTENSEN PARTNERSHIP; JOHN DOE(S) BENEFICIARIES OF THE RODRIGUEZ REVOCABLE TRUST BENEFICIARIES IN JANUARY 2015 AND NOW,

Defendants.

Case No.: 3:17-cv-00642-MMD-VCF

ORDER

**STIPULATION FOR SETTLEMENT CONFERENCE TO BE HELD ON OCTOBER 9, 2018**

This case has been referred to Magistrate Judge McQuaid for a settlement conference. (ECF No. 63) The Courtroom Administrator provided the parties with available dates for holding the settlement conference. The parties were directed to determine a date that worked for all required participants at the settlement conference and to then notify the Court by stipulation.

//

//

//

Plaintiff and Defendants stipulate to holding the settlement conference on October 9, 2018.

Dated: July 24, 2018.   GAETAN PELLETIER, Pro Se

/s/ Gaetan Pelletier
Gaetan Pelletier
1601 Robinhood Road
Vista, California 92084
Plaintiff, Pro Se

Dated: July 24, 2018.   /s/ Nick A. Moschetti, Jr.
Nick A. Moschetti, Jr.
784 Pinnacle Court
Mesquite, Nevada 89027
Attorney for Defendants William V. Rodriguez,
Judy A. Rodriguez, individually and as Trustees of
the William V. Rodriguez Revocable Living Trust,
and the William V. Rodriguez Revocable Trust

Dated: July 24, 2018.   PHILLIPS, SPALLAS & ANGSTADT, LLC

/s/ Tracee Duthie
Tracee Duthie
504 South Ninth Street
Las Vegas, Nevada 89101
Attorneys for Defendant William V. Rodriguez

Dated: July 24, 2018.   ERICKSON, THORPE & SWAINSTON, LTD.

/s/ John A. Aberasturi
John A. Aberasturi
99 West Arroyo Street
Reno, Nevada 89509
Attorneys for Defendants James Middagh and
Mortensen Partners, Limited Partnership

Dated: July 24, 2018.   LAXALT & NOMURA, LTD.

/s/ Wayne A. Shaffer
Wayne A. Shaffer
9790 Gateway Drive
Suite 200
Reno, Nevada 89521
Attorneys for Defendant Robert J. Wines

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: July 25, 2018