WAYNE A. SHAFFER (SBN 1519)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Tel: 775-322-1170
Fax: 775-322-1865
wshaffer@laxalt-nomura.com
Attorneys for Defendant
ROBERT J. WINES

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GAETAN PELLETIER, PRO SE,

    Plaintiff,

vs.

WILLIAM V. RODRIGUEZ; JUDY A. RODRIGUEZ; WILLIAM V. RODRIGUEZ, TRUSTEE; JUDY A. RODRIGUEZ, TRUSTEE; WILLIAM V. RODRIGUEZ REVOCABLE LIVING TRUST (a Nevada Trust dated November 7, 1991); JAMES W. MIDDAGH; MORTENSEN PARTNERS, LIMITED PARTNERSHIP; ROBERT J. WINES AND JOHN DOE(S) PARTNERS IN MORTENSEN PARTNERSHIP; JOHN DOE(S) BENEFICIARIES OF THE RODRIGUEZ REVOCABLE TRUST BENEFICIARIES IN JANUARY 2015 AND NOW,

    Defendants.

Case No.: 3:17-cv-00642-MMD-CBC

**STIPULATION AND ORDER FOR DISMISSAL OF ROBERT J. WINES WITH PREJUDICE AND RESERVATION OF RIGHTS**

    IT IS HEREBY STIPULATED by all appearing parties in this action that an Order for Dismissal With Prejudice of the above-entitled action be entered as to Defendant Robert J. Wines only, with Plaintiff and Defendant Robert J. Wines to each bear their own fees and costs. Plaintiff Gaetan Pelletier specifically reserves all rights against all remaining Defendants and that

///

///

///

///

1

all such remaining parties are not being dismissed by this Stipulation and Order.

DATED this 28th day of November, 2018.        DATED this 28th day of November, 2018.


/s/ Gaetan Pelletier                          /s/ Nick A. Moschetti, Jr.
GAETAN PELLETIER                              NICK A. MOSCHETTI, JR.
1601 Robinhood Road                           784 Pinnacle Court
Vista, California 92084                       Mesquite, Nevada 89027

Plaintiff, Pro Se                             Attorney for Defendants William V.
                                              Rodriguez, Judy A. Rodriguez, individually
                                              and as Trustees of the William V. Rodriguez
                                              Revocable Living Trust, and the William V.
                                              Rodriguez Revocable Trust


DATED this 28th day of November, 2018.        DATED this 28th day of November, 2018.

ERICKSON, THORPE & SWAINSTON, LTD.            LAXALT & NOMURA, LTD.

/s/ John A. Aberasturi                        /s/ Wayne A. Shaffer
JOHN A. ABERASTURI                            WAYNE A. SHAFFER
99 West Arroyo Street                         9790 Gateway Drive, Suite 200
Reno, Nevada 89509                            Reno, Nevada 89521

Attorneys for Defendants James Middagh and    Attorneys for Defendant Robert J. Wines
Mortensen Partners, Limited Partnership

IT IS SO ORDERED.

DATED this 29th day of November, 2018.


_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE