Case 3:17-cv-00642-MMD-CBC   Document 98   Filed 06/24/19   Page 1 of 3

John A. Aberasturi, Esq. (SBN 1692)
ERICKSON, THORPE & SWAINSTON
99 West Arroyo Street
Reno, Nevada 89509
Telephone: (775) 786-3930
**Attorneys for Defendants James Middagh
and Mortensen Partners, Limited Partnership**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GAETAN PELLETIER,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM V. RODRIGUEZ; JUDY A RODRIGUEZ; WILLIAM V. RODRIGUEZ, Trustee; JUDY A. RODRIGUEZ, Trustee; WILLIAM V. RODRIGUEZ REVOCABLE LIVING TRUST (a Nevada Trust dated November 7, 1991); JAMES MIDDAGH; MORTENSEN PARTNERS, Limited Partnership; ROBERT J. WINES; and JOHN DOE(S) Partners in MORTENSEN PARTNERSHIP; JOHN DOE(S) Beneficiaries of the WILLIAM V. RODRIGUEZ REVOCABLE TRUST, Beneficiaries in January 2015 and Now,<br><br>    Defendants. | CASE NO. : 3:17-cv-00642-MMD-CBC |

## RESPONSE TO PLAINTIFF'S MOTION FOR EXTENDING TIME TO ADD PARTIES TO HIS COMPLAINT

Defendants, JAMES MIDDAGH and MORTENSEN PARTNERS, Limited Partnership, by and through their counsel of record, ERICKSON, THORPE & SWAINSTON, LTD. and JOHN A. ABERASTURI, ESQ., and hereby respond to Plaintiff's "Motion for Extending Time to Add Parties to his Complaint".

While these Defendants do not object to the Plaintiff's request to extend the time to file a motion to add parties to and through August 19, 2019, these Defendants by this

1  response do not agree to the additional parties absent the ability to respond to the motion
2  identifying the proposed parties and the basis for amendment.

3      A Proposed Stipulated Discovery Plan and Scheduling Order was submitted to the
4  court (ECF 91). In that proposed scheduling order, the parties noted a disagreement as
5  to the deadline for filing a motion to add parties. The Plaintiff proposed a deadline of
6  March 31, 2020. The Defendants jointly proposed July 1, 2019. During a case
7  management conference on May 9, 2019, the court reviewed this issue and ordered that
8  motions to amend to add parties be made on or before July 1, 2019. (See Minutes of
9  Proceedings - ECF 94).

10      The Plaintiff has now filed a motion to extend this deadline requesting an extension
11  of time until August 19, 2019. The Plaintiff's motion appears to request an unfettered right
12  to amend and add parties through the date suggested. While the Defendants do not object
13  to the date, the Defendants reserve the right to respond to Plaintiff's motion to amend
14  through the date ordered by the court.

15      Based upon this understanding, these Defendants do not object to a deadline of
16  August 19, 2019 for the Plaintiff to file a motion seeking to amend his Complaint to add
17  additional parties. These Defendants reserve the right to respond and/or oppose such a
18  motion.

19      RESPECTFULLY SUBMITTED this _24_ day of June, 2019.

ERICKSON, THORPE & SWAINSTON

_____
John A. Aberasturi, Esq.
99 West Arroyo Street
Reno, NV 89509
T: (775) 786-3930

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: 6/28/2019

Erickson, Thorpe
& Swainston, Ltd.
P. O. Box 3559
Reno, NV 89505

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

- ☒ U.S. Mail
- ☐ Facsimile Transmission
- ☐ Personal Service
- ☐ Messenger Service
- ☐ CM/ECF Electronic Filing
- ☒ Electronic Mail (with Request for Receipt Confirmation)

addressed to the following:

| ATTORNEY | PHONE/FAX | PARTY(IES) |
|---|---|---|
| Gaetan Pelletier<br>1601 Robinhood Road<br>Vista, CA 92084<br>Gaetan2000@aol.com | T: (619) 322-4731 | Pro Se Plaintiff |

- ☐ U.S. Mail
- ☐ Facsimile Transmission
- ☐ Personal Service
- ☐ Messenger Service
- ☒ CM/ECF Electronic Filing
- ☐ Electronic Mail

| ATTORNEY | PHONE/FAX | PARTY(IES) |
|---|---|---|
| Nick A. Moschetti, Jr., Esq.<br>784 Pinnacle Court<br>Mesquite, NV 89027<br>nickamojr@gmail.com | T: (775) 530-5749<br>F: (775) 646-0417 | Attorney for Defendants William V. Rodriguez, Judy A. Rodriguez, individually and as Trustees of the William V. Rodriguez Revocable Living Trust, and the William V. Rodriguez Revocable Trust |

DATED this 24th day of June, 2019.

*Louise M. Ligouri*
Louise M. Ligouri

Erickson, Thorpe & Swainston, Ltd.
P. O. Box 3559
Reno, NV 89505
(775) 786-3930