Jon T. Pearson (#10182)
Brian D. Downing (#14510)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
jtpearson@hollandhart.com
bddowning@hollandhart.com

*Counsel for William V. Rodriguez and
Judy A. Rodriguez, Individually and as Trustees
of the William V. Rodriguez Revocable Trust,
and the William V. Rodriguez Revocable Trust*



FEB 18 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA      ORDER

| | |
|---|---|
| GAETAN PELLETIER, | Case No. 3:17-cv-00642-MMD-CLB |
| Plaintiff, | SUBSTITUTION OF COUNSEL |
| v. | |
| WILLIAM V. RODRIGUEZ; JUDY A. RODRIGUEZ; WILLIAM V. RODRIGUEZ, Trustee; JUDY A. RODRIGUEZ, Trustee; WILLIAM V. RODRIGUEZ REVOCABLE LIVING TRUST (a Nevada Trust dated November 7, 1991); JAMES W. MIDDAGH; MORTENSEN PARTNERS, Limited Partnership; ROBERT J. WINES; and JOHN DOE(S) Partners in MORTENSEN PARTNERSHIP; JOHN DOE(S) Beneficiaries of the WILLIAM V. RODRIGUEZ REVOCABLE TRUST, Beneficiaries in January 2015 and Now, | |
| Defendants. | |

Defendants William V. Rodriguez and Judy A. Rodriguez, individually and as trustees of the William V. Rodriguez Revocable Trust, and the William V. Rodriguez Revocable Trust (collectively, "**Defendants**"), do hereby substitute Jon T. Pearson of the law firm of Holland & Hart LLP, as their attorney in this action in place and stead of Nick A. Moschetti, Jr.

///

1

Dated this 6th day of February 2020.

_____   _____
William V. Rodriguez                                Judy A. Rodriguez

WILLIAM V. RODRIGUEZ REVOCABLE TRUST

_____
William V. Rodriguez, as Co-Trustee

_____
Judy A. Rodriguez, as Co-Trustee

Nick A. Moschetti, Jr. hereby consents to the substitution of Jon T. Pearson of the law firm of Holland & Hart LLP, as attorney in this action for Defendants, in my place and stead.

Dated this 6th day of February 2020.

_____
Nick A. Moschetti, Jr.

Jon T. Pearson of the law firm of Holland & Hart LLP hereby agrees to be substituted as attorney for Defendants in this action, in the place of and stead of Nick A. Moschetti, Jr.

Dated this 6th day of February 2020.

_____
Jon T. Pearson
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Counsel for William V. Rodriguez and Judy A. Rodriguez, Individually and as Trustees of the William V. Rodriguez Revocable Trust, and the William V. Rodriguez Revocable Trust*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 2/18/2020