**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GAETAN PELLETIER, | 3:17-CV-0642-MMD-CLB |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | March 3, 2020 |
| WILLIAM RODRIGUEZ, et al., | |
| Defendants. | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN,</u> U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to stay his motion to compel (ECF No. 125) is construed by the court as a motion to withdraw his motion to compel and is **GRANTED** without prejudice. The motion to compel (ECF No. 114) is hereby deemed **WITHDRAWN**. Plaintiff has leave to refile a motion to compel if discovery disputes are not resolved during the meet and confer process. Discovery closes on May 1, 2020 (ECF No. 99). Any discovery motions shall be filed no later than May 11, 2020.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk