UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GAETAN PELLETIER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM V. RODRIGUEZ; JUDY A RODRIGUEZ; WILLIAM V. RODRIGUEZ, Trustee; JUDY A. RODRIGUEZ, Trustee; WILLIAM V. RODRIGUEZ REVOCABLE LIVING TRUST (a Nevada Trust dated November 7, 1991); JAMES MIDDAGH; MORTENSEN PARTNERS, Limited Partnership; ROBERT J. WINES; and JOHN DOE(S) Partners in MORTENSEN PARTNERSHIP; JOHN DOE(S) Beneficiaries of the WILLIAM V. RODRIGUEZ REVOCABLE TRUST, Beneficiaries in January 2015 and Now,<br><br>　　　　　Defendants. | CASE NO. : 3:17-cv-00642-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS JAMES MIDDAGH AND MORTENSEN PARTNERS, LP, IMPROPERLY NAMED HEREIN AS MORTENSEN PARTNERSHIP ONLY** |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the Plaintiff GAETAN PELLETIER and Defendants JAMES MIDDAGH and MORTENSEN PARTNERS, LP, improperly named herein as MORTENSEN PARTNERSHIP, only, be dismissed with prejudice with each party to bear their own costs and attorneys fees.

IT IS SO STIPULATED AND AGREED.

　　　　　　　　　　　　　　　　　　　　GAETAN PELLETIER, Pro Per

DATED: 7/31/2020　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Gaetan Pelletier
　　　　　　　　　　　　　　　　　　　　1601 Robinhood Road
　　　　　　　　　　　　　　　　　　　　Vista, CA  92084
　　　　　　　　　　　　　　　　　　　　**Plaintiff, Pro Per**

Page 1 of 2

ERICKSON, THORPE & SWAINSTON, LTD.

DATED: 7.30.2020

_____
John A. Aberasturi, Esq. (SBN 1692)
99 West Arroyo Street
Reno, Nevada 89509
Attorneys for Defendants James Middagh and
Mortensen Partners, Limited Partnership

\* \* \* \* \* \* \* \* \* \*

IT IS SO ORDERED.

DATED this __30th__ day of __July_____, 2020.

_____
UNITED STATES DISTRICT JUDGE