WAYNE A. SHAFFER (SBN 1519)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Tel: 775-322-1170
Fax: 775-322-1865
wshaffer@laxalt-nomura.com
Attorneys for former Defendant
*Robert J. Wines, Esq.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GAETAN PELLETIER, PRO SE,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM V. RODRIGUEZ; JUDY A. RODRIGUEZ; WILLIAM V. RODRIGUEZ, TRUSTEE; JUDY A. RODRIGUEZ, TRUSTEE; WILLIAM V. RODRIGUEZ REVOCABLE LIVING TRUST (a Nevada Trust dated November 7, 1991); JAMES W. MIDDAGH; MORTENSEN PARTNERS, LIMITED PARTNERSHIP; ROBERT J. WINES AND JOHN DOE(S) PARTNERS IN MORTENSEN PARTNERSHIP; JOHN DOE(S) BENEFICIARIES OF THE RODRIGUEZ REVOCABLE TRUST BENEFICIARIES IN JANUARY 2015 AND NOW,<br><br>Defendants. | Case No.: 3:17-cv-00642-MMD-EJY<br><br>**MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION** |

COMES NOW, Wayne A. Shaffer, attorney having previously appeared for former Defendant Robert J. Wines, Esq. in this action, files this Motion for his Removal from the CM/ECF System List in the above-entitled matter.

///

///

///

///

The basis of this Motion is that Robert J. Wines was dismissed from the action pursuant to this Court's Order [ECF No. 78] entered on November 29, 2018.

DATED this 25th day of August, 2020.

              LAXALT & NOMURA, LTD.

              By: /s/ Wayne A. Shaffer
                WAYNE A. SHAFFER (SBN 1519)
                9790 Gateway Drive, Suite 200
                Reno, Nevada  89521
                Tel: 775-322-1170
                Fax: 775-322-1865
                Attorneys for former Defendant
                *Robert J. Wines, Esq.*

IT IS SO ORDERED.

DATED this 25th day of August, 2020.

              _____
              UNITED STATES MAGISTRATE JUDGE