UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GAETAN PELLETIER,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM V. RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 3:17-cv-00642-MMD-EJY<br><br>**AMENDED ORDER** |

Pending before the Court is Plaintiff's Demand for [R]eturn of Security Cost. ECF No. 203. No response to this Demand was filed. Local Rule 7-2(d) holds that failure to oppose a motion, other than a motion for summary judgment or attorney's fees, operates as consent to the granting of the motion.

The Court notes that on July 15, 2021, Defendants' Motion for Summary Judgment was granted, the Court ordered judgment to be entered, and the case to be closed. ECF No. 200 at 22. The docket shows that Plaintiff deposited $2,000.00 on March 11, 2019 (ECF No. 82) as security for costs in compliance with NRS 18.130, and in accordance with the Court's March 4, 2019, Order (ECF No. 81).[1]

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's Demand for [R]eturn of Security Cost including all accrued interest (ECF No. 203) is GRANTED.

Dated this 6th day of March, 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court reviewed the docket in its entirety and could find no other record of the deposit of security costs by Plaintiff in case 3:17-cv-0642-MMD-EJY.

1